# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

Clifford W. Taylor,
Chief Justice

131498

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SUZANNE VERBRUGGHE, as
Personal Representative of the
Estate of George Verbrugghe,
Deceased,
          Plaintiff-Appellee,

v

SELECT SPECIALTY HOSPITAL –
MACOMB COUNTY, INC.,
          Defendant-Appellee,

and

ARSENIO V. DeLEON, M.D.,
and MARIUS LAURINAITIS, M.D.,
          Defendants-Appellants,

and

JAVED ZIA, M.D.,
          Defendant.

SC: 131498
COA: 263686
Macomb CC: 04-004423-NH

_____/

By order of October 17, 2007, the application for leave to appeal the March 23, 2006 judgment of the Court of Appeals was held in abeyance pending the decision in *Braverman v Garden City Hospital* (Docket Nos. 134445-6). On order of the Court, the case having been decided on April 9, 2008, 480 Mich 1159 (2008), the application is again considered, and in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Washington v Sinai Hospital of Greater Detroit*, 478 Mich 412 (2007), and *Braverman*, *supra*.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk